IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN WHITLEY,

    Plaintiff,                                      CIV S-09-2410 KJM

    vs.

MICHAEL J. ASTRUE,                        ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.

_____/

        By order filed August 27, 2009, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and a copy of the order, and to file a statement with the court that said documents had been submitted to the United States Marshal.

        Plaintiff failed to submit the statement of compliance. More than four months have passed and no answer has been filed nor is there any evidence that plaintiff has taken the proper steps to ensure service of summons by the Marshal.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall within fourteen days from the date of this order show cause why this action should not be dismissed for lack of prosecution.

DATED: January 15, 2010.

                                                    U.S. MAGISTRATE JUDGE

006 whitley.osc