IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN WHITLEY,

        Plaintiff,                      CIV S-09-2410 KJM

   vs.

MICHAEL J. ASTRUE,                <u>ORDER</u>
Commissioner of Social Security,

        Defendant.
_____/

        Plaintiff has filed a response to the order to show cause. Good cause appearing, the January 19, 2010 order to show cause is discharged.

DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

006
whitley.dis

1